# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1485
Lower Tribunal No. F04-11283B
_____

**Javor Lukey Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from
the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Javor Lukey Williams, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Williams v. State</u>, 182 So. 3d 11 (Fla. 3d DCA 2016) (en banc), receding from <u>Williams v. State</u>, 83 So. 3d 906 (Fla. 3d DCA 2012).